# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| Case No.: | 03-34621-JDA | Trustee Name: Samuel D. Sweet |
| Case Name: | DENRON CONTRACTING, INC. | Date Filed (f) or Converted (c): 04/25/2006 (c) |
| For the Period Ending: | 1/30/2023 | §341(a) Meeting Date: 07/13/2006 |
| | | Claims Bar Date: 05/01/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Vehicles | $89,323.00 | $25,000.00 | | $19,838.04 | FA |
| 2 | Vacant Real Estate; 38 lots/Sugar Maple Farms | $792,000.00 | $0.00 | | $0.00 | FA |
| 3 | Checking acct. at Republic Bank | $85,807.09 | $0.00 | | $0.00 | FA |
| 4 | Payroll Checking at Republic Bank | $1,364.18 | $0.00 | | $0.00 | FA |
| 5 | Term Life Insurance w/ TransAmerica Life | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Accounts Receivables | $1,344,712.63 | $0.00 | | $0.00 | FA |
| 7 | Single Engine Cessna 172 | $140,000.00 | $0.00 | | $0.00 | FA |
| 8 | Misc. Office Equipment | $8,606.00 | $0.00 | | $0.00 | FA |
| 9 | Misc. machinery and equipment | $826,111.00 | $0.00 | | $0.00 | FA |
| 10 | Inventory | $103,136.00 | $0.00 | | $0.00 | FA |
| 11 | Pref. against Ace Asphalt & Paving Company (u) | $18,811.11 | $18,000.00 | | $18,811.11 | FA |
| Asset Notes: | Old preference/ No order needed; no complaint filed. | | | | | |
| 12 | State of Michigan Unclaimed Property received from an Escrow Account with Fidelity National Title Insurance Company (u) | Unknown | Unknown | | $0.00 | Unknown |
| INT | Interest Earned (u) | Unknown | Unknown | | $356.90 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| $3,409,871.01 | $43,000.00 | | $39,006.05 | | $0.00 |

---

**Major Activities affecting case closing:**

01/30/2023    Trustee is investigating Unclaimed Property of approximately $34,724.00 being held by the State of Michigan.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 11/19/2024 | /s/ SAMUEL D. SWEET |
| **Current Projected Date Of Final Report (TFR):** | 11/19/2024 | SAMUEL D. SWEET |

03-34621-jda    Doc 673    Filed 01/30/23    Entered 01/30/23 10:14:54    Page 1 of 1